*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVELLO L. TUFONO,          ) | No. C 10-4393 RMW (PR) |
| )                             | |
| Plaintiff,        ) | JUDGMENT |
| )                             | |
| v.                         ) | |
| )                             | |
| R. GUERRA,                 ) | |
| )                             | |
| Defendant.        ) | |
| _____) | |

The court has dismissed the instant civil rights complaint for failure to state a cognizable claim for relief under 42 U.S.C. § 1983 . A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 11/30/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.10\Tufono393ud.wpd